UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY MORRIS,<br><br>Plaintiff,<br>vs.<br><br>JOIN PARACHUTE, LLC.,<br><br>Defendant. | Case No. |

**COMPLAINT FOR DAMAGES**

Plaintiff KIMBERLY MORRIS, by and through counsel, and for her cause of action against Defendant JOIN PARACHUTE, LLC, alleges and states as follows:

## I. PARTIES

1. Plaintiff KIMBERLY MORRIS is a citizen of Greenwood, Indiana and former employee of JOIN PARACHUTE, LLC.

2. Defendant JOIN PARACHUTE, LLC is a citizen of Texas. It is a single member LLC with an address in Texas, it was incorporated in Delaware, and its principal place of business is in Texas. It has 25 locations nationwide with over 200 employees and is therefore an "employer" as defined in Title VII of the Civil Rights Act of 1964.

## II. JURISDICTION AND VENUE

3. This action involves employment discrimination and retaliation based on race.

4. This Court has original jurisdiction over the subject matter of this action pursuant to the Civil Rights Act of 1964, 42 U.S.C. §§ 1981, and 28 U.S.C. §§1331 and 1343(a)(4).

5. This Court has original jurisdiction over the subject of this action pursuant to Title VII of the Civil Rights Act of 1964.

6. That venue lies in the United States District Court, Southern District of Indiana pursuant to 28 U.S.C. § 1391 because Defendant is subject to personal jurisdiction in this District, Defendant maintains its facilities and buildings operations in this district, and Defendant hired MORRIS and committed the discriminatory acts in this district.

## III. FACTUAL ALLEGATIONS

7. Defendant JOIN PARACHUTE, LLC employed Plaintiff KIMBERLY MORRIS in a leadership role at JOIN PARACHUTE, LLC in Columbus, Indiana starting in February 2024.

8. At all times relevant and material, MORRIS was the Director at JOIN PARACHUTE, LLC in Columbus, Indiana.

9. At all times relevant and material, MORRIS was one of only two African American employees working at JOIN PARACHUTE, LLC in Columbus, Indiana.

10. While working at JOIN PARACHUTE, LLC, MORRIS' white employees repeatedly made comments to and about her based on her race as an African American. For example:

A. Employees stated that a black person could not be a manager because "black people are incompetent;"

B. Employees called her "colored;"

C. Employees said they did not want to work for a Black Director;

D. Employees falsely accused MORRIS of denying donations;

E. Employees who were MORRIS' direct reports refused to report to her and would only report to white superiors;

11. MORRIS reported these racist comments and complained of this discriminatory behavior to the Vice President of Operations, Regional Director, and Employee Relations correspondent.

12. MORRIS did her job satisfactorily and did not receive any corrective actions, performance complaints, or disciplinary complaints while working for JOIN PARACHUTE, LLC.

13. After MORRIS complained of discrimination based on race, which she was experiencing from her white co-workers and subordinates, MORRIS suddenly received a final written warning.

14. Prior to the final warning, MORRIS had never received any discipline or performance complaints.

15. In June 2024, MORRIS was terminated for making multiple reports and complaining about the racism she was experiencing.

16. MORRIS filed a complaint with the Equal Employment Opportunity Commission (hereafter "EEOC") claiming race discrimination and retaliation.

17. The EEOC issued MORRIS the right to sue JOIN PARACHUTE, LLC on December 29, 2025. (Attached).

18. This suit follows.

## IV. CLAIMS

### COUNT I- Race Discrimination

19. Plaintiff adopts and realleges all of the foregoing paragraphs, as stated above, and furthermore states and alleges as follows:

20. At all times relevant and material, MORRIS is one of only two black employees employed JOIN PARACHUTE, LLC in Columbus, Indiana, and the only black employee in a leadership position there.

21. At all times relevant and material, MORRIS was meeting JOIN PARACHUTE, LLC'S legitimate job expectations. She had never been written up or disciplined and there were no complaints about her actual performance.

22. MORRIS suffered one or more of the following adverse employment actions by JOIN PARACHUTE, LLC as a result of her race as an African American:

A. Refusal to accept or inv investigate her discrimination complaints;

B. Creating a more dangerous and hostile work environment;

C. Harassment based on her race;

D. Disparate discipline;

E. Termination; and

F. Adverse employment actions.

23. JOIN PARACHUTE, LLC treated similarly situated white employees more favorably than MORRIS despite bad behavior and worse job performance.

24. Had MORRIS not been a black employee and not complained of discrimination, and everything else were the same, she would not have suffered the above adverse employment actions.

## COUNT II – Retaliation Claim

25. Plaintiff adopts and realleges all of the foregoing paragraphs, as stated above, and furthermore states and alleges as follows:

26. MORRIS engaged in statutorily protected activity by making multiple complaints of discrimination to JOIN PARACHUTE, LLC.

27. MORRIS suffered one or more of the following adverse employment actions by JOIN PARACHUTE, LLC in retaliation for reporting and complaining about unwelcome, severe and pervasive racist remarks and behavior in the scope of her employment:

A. Refusal to accept or inv investigate her discrimination complaints;
B. Creating a more dangerous and hostile work environment;
C. Harassment based on her race;
D. Disparate discipline;
E. Termination; and
F. Adverse employment actions.

28. Defendant was aware of MORRIS' complaints of discrimination and ultimately terminated her in retaliation for making such complaints, in violation of Title VII.

## V. JURY DEMAND

29. Plaintiff KIMBERLY MORRIS demands a trial by jury in this action of all issues triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff KIMBERLY MORRIS prays for judgment in her favor and all available damages commensurate with this action against Defendant JOIN PARACHUTE, LLC, including:

A. Damages, including backpay with interest, front pay, compensatory damages;

B. Punitive damages;

C. The costs of this action including reasonable attorney's fees;

D. All other relief the Court deems just, proper, or equitable; and,

E. All other relief the Court deems necessary, proper, or in the public interest.

Respectfully Submitted,

/s/ Alexis G. Sizemore
Alexis G. Sizemore
Alvarez Legal, LLC
P.O. Box 152
McCordsville, IN 46055
Telephone: (317) 943-3116
alexis@faithalvarez.com

*Counsel for Plaintiff*